SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-01587-JAM-EFB** |
|  | ) |
| Plaintiff, | ) **ORDER RE: REQUEST FOR EXTENSION** |
|  | ) **OF TIME TO FILE DISPOSITIONAL** |
| vs. | ) **DOCUMENTS** |
|  | ) |
| Hasmukh Bhakta, et al, | ) |
|  | ) |
| Defendants | ) |
|  | ) |
| _____ | ) |

IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than June 17, 2013.


Date:5/23/2013

                         /s/ John A. Mendez_____
                         Judge of the United States
                         District Court

PROPOSED ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

PDF created with pdfFactory trial version www.pdffactory.com